UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHARMACY CORPORATION OF )
AMERICA d/b/a PHARMERICA, )
a California corporation, )
 )
     Plaintiff, )
 )
v. )     CASE NO.  8:12-cv-2081-T-30EAJ
 )
HERITAGE HEALTH CARE )
HOLDINGS, INC. d/b/a ABBEY WOODS )
LIVING AND REHABILITATION )
CENTER, a Missouri corporation )
 )
     Defendant. )

---

## FINAL DEFAULT JUDGMENT

---

THIS MATTER comes before the Court upon Plaintiff's Motion for Default Final Judgment (Dkt. 8) with supporting Affidavits from Felicia Furman (Dkt. 8-1) and Keith Appleby (Dkt. 8-2).  The Court, having reviewed the complaint, the motion for final default judgment, the affidavits, and being fully advised of the matter, finds the motion for final default judgment should be granted.  Therefore, it is hereby:

**ORDERED and ADJUDGED** that:

1.    Plaintiff's Motion for Default Final Judgment (Dkt. 8) is GRANTED.

2.    Plaintiff, Pharmacy Corporation of America, d/b/a Pharmerica, whose address is 8030 Reeder Road, Lenexa, Kansas 66214, shall recover from Defendant, Heritage Health Care Holdings, Inc., d/b/a Abbey Woods Living and Rehabilitation Center, whose address is 5026 Faoran Street, St. Joseph, Missouri 64506:

(i)       The sum of Eighty Five Thousand, Seven Hundred Fifty-Four Dollars and Eighty-Two Cents ($85,754.82) of unpaid principal through November 28, 2012;

(ii)      The sum of Eight Thousand Three Hundred Forty-Five Dollars and Fourteen Cents ($8,345.14) of accrued interest through November 28, 2012;

(iii)     The sum of Two Thousand One Hundred Twenty Dollars and Seventy-Six Cents ($2,120.76) of accrued interest between November 28, 2012, and January 9, 2013;

(iv)     The sum of Twenty-Nine Thousand Ninety-Two Dollars ($29,092.00) in lost profits; and

(v)      The sum of Seven Thousand Two Hundred Twenty-Six Dollars and Ninety Cents ($7,226.90) for attorneys' fees and costs incurred by Plaintiff through December 14, 2012.

3.      The Clerk is directed to enter FINAL DEFAULT JUDGMENT in favor of Plaintiff Pharmacy Corporation of America, d/b/a Pharmerica, against Defendant, Heritage Health Care Holdings, Inc., d/b/a Abbey Woods Living and Rehabilitation Center, in the total amount of One Hundred Thirty-Two Thousand Five Hundred Thirty-Nine Dollars and Sixty-Two Cents ($132,539.62), which sum shall bear interest at the rate pursuant to the Florida Statutes and for which let execution issue.

4.      The Clerk is further directed to CLOSE this case.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2012\12-cv-2081.finaldefaultjudgment.docx